

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Friday, June 28, 2024

Mr. Paul Oliver Wickes
Wickes Law, PLLC
5600 Tennyson Pkwy Ste 205
Plano, TX 75024-3508
\* DELIVERED VIA E-MAIL \*

Mr. Matthew J. Kita
Attorney at Law
3110 Webb Ave, Ste 150
Dallas, TX 75205
\* DELIVERED VIA E-MAIL \*

RE:    Case Number:  21-0769
       Court of Appeals Number:  05-19-00856-CV
       Trial Court Number:  DC-17-06507

Style:   ANGELA HORTON AND KEVIN HOUSER
       v.
       THE KANSAS CITY SOUTHERN RAILWAY COMPANY

Dear Counsel:

Today the Supreme Court of Texas issued opinions and a judgment in the above-referenced cause. You may obtain a copy of the opinion(s) and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Mr. David M. Gunn (DELIVERED VIA E-MAIL)
      Mr. Harvey G. Brown Jr. (DELIVERED VIA E-MAIL)
      Mr. Daryl L. Moore (DELIVERED VIA E-MAIL)
      District Clerk Dallas County (DELIVERED VIA E-MAIL)
      Mr. Russell S. Post (DELIVERED VIA E-MAIL)
      Mr. Brian J. Cathey (DELIVERED VIA E-MAIL)
      Ms. Eva M. Guzman (DELIVERED VIA E-MAIL)
      Mr. Roger W. Hughes (DELIVERED VIA E-MAIL)
      Mr. Ruben Morin (DELIVERED VIA E-MAIL)
      Mr. Thomas C. Wright (DELIVERED VIA E-MAIL)